NUMBER
13-10-00288-CV

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG


___________________________________________________________

 

IN THE INTEREST OF
R.F.M., A MINOR CHILD

____________________________________________________________

 

                          On
Appeal from the 343rd District Court 

                                   of
San Patricio County, Texas.

____________________________________________________________

 

                               MEMORANDUM
OPINION

 

                        Before
Justices Rodriguez, Benavides, and Vela

Memorandum Opinion
Per Curiam

 








Appellant,
Phillip Morales, attempted to perfect an appeal from a judgment entered by the
343rd District Court of San Patricio County, Texas, in cause number 00-5309FL-LC. 
Judgment in this cause was signed on April 7, 2010.  Pursuant to Texas Rule of
Appellate Procedure 26.1, appellant=s notice of appeal was due on May 7,
2010, but was not filed until May 10, 2010.   

A
motion for extension of time is necessarily implied when an appellant, acting
in good faith, files a notice of appeal beyond the time allowed by rule 26.1,
but within the fifteen‑day grace period provided by Rule 26.3 for filing
a motion for extension of time.  See Verburgt v. Dorner, 959 S.W.2d 615,
617‑18, 619 (1997) (construing the predecessor to Rule 26).  However,
appellant must provide a reasonable explanation for the late filing: it is not
enough to simply file a notice of appeal.  Id.; Woodard v. Higgins,
140 S.W.3d 462, 462 (Tex. App.BAmarillo 2004, no pet.); In re B.G.,
104 S.W.3d 565, 567 (Tex. App.BWaco 2002, no pet.).

On
May 17, 2010, the Clerk of this Court notified appellant of this defect so that
steps could be taken to correct the defect, if it could be done. Appellant was
advised that, if the defect was not corrected within ten days from the date of
receipt of this Court=s letter, the appeal would be
dismissed. To date, no response has been received from appellant providing a
reasonable explanation for the late filing of the notice of appeal.

          The
Court, having examined and fully considered the documents on file, appellant=s failure to timely perfect his appeal, and appellant=s failure to respond to this Court=s notice, is of the opinion that the appeal should be
dismissed for want of jurisdiction. Accordingly, the appeal is hereby DISMISSED
FOR WANT OF JURISDICTION.  See Tex.
R. App. P. 42.3(a)(c).

 








PER
CURIAM

Delivered and filed the 24th

day of June, 2010.